UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA             :
                                      :
        - v. -                        :   WAIVER OF INDICTMENT
                                      :
MARUFAL ISLAM,                        :   S2 11 Cr. 614 (VM)
                                      :
                   Defendant.         :
                                      :
- - - - - - - - - - - - - - - - - - - - x

      MARUFAL ISLAM, the defendant, who is accused of violating Title 8, United States Code, Section 1324(a)(1) and well as Title 18, United States Code, Sections 2 AND 1546(a), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                          _____
                                          Defendant

                                          _____
                                          Witness

                                          _____
                                          Counsel for Defendant
                                          Joshua Dratel, Esq.

Date:    New York, New York
         December 2, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 01 2015