UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
             Plaintiff,            :
                                   :   11-CR-614 (VM)
    - against -                    :
                                   :   **ORDER**
MARUFAL ISLAM,                     :
                                   :
             Defendant.            :
------------------------------X

**VICTOR MARRERO, United States District Judge.**

Defendant Marufal Islam was sentenced in the above captioned case on May 1, 2015, having pled guilty to Counts One and Two of Superceding Information S2 11 CR 614 on December 2, 2011 before Magistrate Judge Gabriel Gorenstein.

It is hereby

**ORDERED** that the Clerk of Court unseal and include on the public docket the docket minute entry for defendant Marufal Islam's guilty plea hearing before Magistrate Judge Gorenstein that was held on December 2, 2011; and it is further

**ORDERED** that the Clerk of Court unseal and include on the public docket Superceding Information S2 11 CR 614.

**SO ORDERED.**

Dated:   New York, New York
         1 May 2015

                                        Victor Marrero
                                        U.S.D.J.